IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONNIE ROBERT MOLINA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:17-CV-2225-M |
| ) | |
| WISE COUNTY TEXAS, ET AL., ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge and hereby TRANSFERS the complaint to the Fort Worth Division of the Northern District of Texas.

SO ORDERED this 10th day of October, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE